**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
ISAAC DIXON, :
:
                    Petitioner, :      19-CV-2397 (AT) (OTW)
:
       -against- :      **ORDER**
:
ATTICA CORRECTIONAL FACILITY, :
:
                    Respondent. :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Respondent filed and served a response to the amended petition on January 28, 2022. (ECF 36, 37). Petitioner shall file and serve reply papers, if any, by **March 4, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Petitioner.

**SO ORDERED.**

Dated: February 1, 2022
New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge