UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC DIXON,

        Petitioner,

-against-

ATTICA CORRECTIONAL FACILITY,

        Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/31/2025
```

19 Civ. 2397 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the Report and Recommendation ("R&R") issued by Judge Ona T. Wang in this case. *See* ECF No. 45. The Court finds that the docket is arguably ambiguous as to Petitioner *pro se*'s actual, current mailing address, given that he labeled his last updated mailing address as an "Alternative Address." *See* ECF No. 44. To ensure that Petitioner adequately receives service of Judge Wang's R&R, Petitioner's time to object to the R&R is hereby EXTENDED to **November 30, 2025.**

    The Clerk of Court is respectfully directed to mail a copy of this Order, enclosed with a copy of the R&R at ECF No. 45, to the following two addresses:

    Stephanie Dixon
    c/o Isaac Dixon #17A2655
    222 East 44th St. 29D
    New York, NY 10017

    Isaac Dixon
    #17A2655
    Green Haven Correctional Facility
    594 Rt. 216
    Stormville, NY 12582-0010

    SO ORDERED.

Dated: October 31, 2025
       New York, New York

ANALISA TORRES
United States District Judge