UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC DIXON,

                Petitioner,

              -against-

ATTICA CORRECTIONAL FACILITY,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/12/2025_

19 Civ. 2397 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the Report and Recommendation ("R&R") issued by Judge Ona T. Wang in this case. *See* ECF No. 45. To ensure, out of an abundance of caution, that Petitioner adequately receives service of Judge Wang's R&R, Petitioner's time to object to the R&R is EXTENDED to **January 12, 2026.**

       The Clerk of Court is respectfully directed to mail a copy of this Order, enclosed with one copy of the R&R at ECF No. 45 and one copy of this Court's prior order at ECF No. 46, to the following two addresses:

Stephanie Dixon
c/o Isaac Dixon #17A2655
222 East 44th St. 29D
New York, NY 10017

Isaac Dixon
#17A2655
Green Haven Correctional Facility
594 Rt. 216
Stormville, NY 12582-0010

       SO ORDERED.

Dated: December 12, 2025
     New York, New York

ANALISA TORRES
United States District Judge