UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC DIXON,

                    Petitioner,

         -against-

ATTICA CORRECTIONAL FACILITY,

                    Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/22/2026___

19 Civ. 2397 (AT) (OTW)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

On March 18, 2019, Petitioner *pro se*, Isaac Dixon, filed this habeas petition seeking release from his detention in New York state prison. *See generally* Pet., ECF No. 1. Petitioner amended his petition on November 22, 2021, *see* ECF Nos. 34–35, and the Court referred the amended petition to the Honorable Ona T. Wang for a Report and Recommendation (the "R&R"), *see* ECF No. 43.

After careful consideration, Judge Wang issued an R&R on September 30, 2025, addressing each of Petitioner's claims and recommending that the petition be denied. *See* R&R, ECF No. 33. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2); ECF No. 47 (extending deadline to object to January 12, 2026). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Wang's thorough and well-reasoned decision.

Accordingly, the Court ADOPTS the R&R in its entirety, DENIES the petition for a writ of habeas corpus. The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner *pro se* at following two addresses, and close the case:

Stephanie Dixon
c/o Isaac Dixon #17A2655
222 East 44th St. 29D New York, NY 10017

Isaac Dixon #17A2655
Green Haven Correctional Facility
594 Rt. 216 Stormville, NY 12582-0010.

SO ORDERED.

Dated: January 22, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge