**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ISAAC DIXON,

Plaintiff,

19 <b>CIVIL</b> 2397 (AT)(OTW)

-against-

<u><b>JUDGMENT</b></u>

ATTICA CORRECTIONAL FACILITY,

Defendant.
-----------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 22, 2026, the Court has ADOPTED the R&R in its entirety, and has DENIED the petition for a writ of habeas corpus; accordingly, the case is closed.

**Dated:** New York, New York
January 23, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:      K. mango
_____
**Deputy Clerk**
